896

No. 97–5476. TOLIVER v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–5477. TERRY v. SHULER, ADMINISTRATOR, WACKENHUT CORRECTIONAL CORP., ET AL. Sup. Ct. Okla. Certiorari denied.

No. 97–5480. DELACORTE v. UNITED STATES; and
No. 97–5520. RIOJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 113 F. 3d 1243.

No. 97–5482. DORAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5483. TAYLOR v. NELSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5484. BAILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5485. JOHNSON v. HARTWIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–5486. JAMES v. HINKLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5487. JASSO-TREVINO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5489. LAURENZANA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5490. PYRON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5491. COOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5493. FADAYIRO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5494. HUTCHINSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–5496. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.